NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOTOROLA MOBILITY LLC (FORMERLY KNOWN AS MOTOROLA MOBILITY, INC.),**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2012-1666

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-745.

---

ON MOTION

---

ORDER

Upon consideration of Apple Inc.'s unopposed motion for leave to intervene,

MOTOROLA MOBILITY LLC V. ITC                                        2

IT IS ORDERED THAT:

The motion for leave to intervene is granted.  The revised official caption is reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21